

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820
FAX: (518) 274-5875

7 AIRPORT PARK BOULEVARD
LATHAM, NY 12110
PHONE: (518) 783-3843
FAX: (518) 783-8101

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

www.joneshacker.com

PLEASE REPLY TO:
**TROY OFFICE**

November 6, 2020

Magistrate Judge Daniel Stewart
United States District Court
Northern District of New York
James T. Foley Courthouse
Broadway
Albany, New York  12207

   RE: Doe v. Rensselaer Polytechnic Institute
     Civil Action No. 1:20cv1185 (DNH/DJS)
     Our File No. 2445.001

Dear Judge Stewart:

I represent the plaintiff in the above matter.

A Rule 16(b) conference has been scheduled for December 28, 2020 at 9:00 a.m. before Your Honor.

I respectfully request that this conference be moved up and held within the next month as defendant has been served, counsel for the defendant has appeared and the pleadings have been joined.  Moreover, the present conference is scheduled during a holiday week.  I have spoken with defendant regarding plaintiff's request, but defendant declined to consent to the request without explanation.

Thank you for your courtesies.

Respectfully,

E. STEWART JONES HACKER MURPHY, LLP

*Julie A. Nociolo*

Julie A. Nociolo


JAN/pmc
cc: Michael E. Ginsberg, Esq.
   Pattison Sampson Ginsberg & Griffin P.C.