

Please send all mail to:
TROY OFFICE

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820

200 HARBORSIDE DRIVE, SUITE 300
SCHENECTADY, NY 12305
PHONE: (518) 783-3843

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

1659 CENTRAL AVENUE, SUITE 103
ALBANY, NY 12205
PHONE: (518) 486-8800

FAX: (518) 274-5875

www.joneshacker.com

April 12, 2021

Honorable Daniel J. Stewart
United States Magistrate Judge
James T. Foley United States Courthouse
445 Broadway—4th Floor
Albany, New York 12207

RE: John Doe v. Rensselaer Polytechnic Institute, 20-cv-1185

Dear Judge Stewart:

Please accept this letter as a joint submission from both parties respectfully requesting an extension of the discovery deadline to August 30, 2021 and the motion deadline to September 30, 2021. In addition, enclosed with this letter is a duly signed proposed protective order submitted for review and Order by this Court. Both parties have exchanged paper discovery and anticipate marking numerous documents as protected subject to the proposed protective order. Based on the foregoing, the parties respectfully request that the Court determine sufficient good cause to extend the present discovery deadline.

Respectfully Yours,

*Julie Nociolo*
Julie A. Nociolo

Cc:     All Counsel of Record via CM/ECF

Enclosure