

# PATTISON SAMPSON

PATTISON SAMPSON GINSBERG & GRIFFIN, PLLC
22 FIRST STREET P.O. BOX 208 TROY, NY 12181-0208
TELEPHONE 518 266 1000    FACSIMILE 518 274 6034
WWW.PSGGLAW.COM
SERVICE BY FAX NOT ACCEPTED

F. Redmond Griffin
Mickki L. Harrington
Michael E. Ginsberg
Thomas E. Lavery
Rhiannon I. Spencer

———

Edward H. Pattison
(1896-1986)
Stephen H. Sampson
(1911-1982)
Ned Pattison
(1932-1990)
William M. Connors
(1912-1998)
Lambert L. Ginsberg
(1928-2017)

August 4, 2021

Magistrate Daniel J. Stewart (*via ECF*)
US District Court
Northern District of New York
445 Broadway
Albany, New York 12207

**Re:   Doe v. Rensselaer Polytechnic Institute**
**Case No. 1:20-cv-01185**

Dear Judge Stewart:

Our firm represents the Defendant in the above captioned-matter, and I write jointly with Attorney Nociolo to request an extension to the current scheduling Order. When we previously requested an extension in April, we inadvertently failed to include a request for an extension to the mediation deadline as well and apologize for such oversight.

The parties are currently exchanging paper discovery and plan to schedule depositions shortly. Currently, the discovery deadline is August 30, 2021 and the motion deadline is September 30, 2021 however, in order to complete the redaction necessary and to schedule depositions, the parties request to extend the discovery deadline to October 4, 2021, the mediation deadline to October 18, 2021 and the motion deadline to November 15, 2021.

Thank you for your consideration on this matter.

Respectfully submitted,

*Rhiannon I. Spencer*

Rhiannon I. Spencer, Esq.
Direct Dial: (518) 266-1001
spencer@psgglaw.com

cc: Julia A. Nociolo, Esq. (*via ECF*)