```
 1  UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF NEW YORK
 2  - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 3  JOHN DOE,

 4                                        Plaintiff,

 5       - against -       Civil Action No. 1:20-CV-1185

 6

 7  RENSSELAER POLYTECHNIC INSTITUTE,

 8                                        Defendant.
    - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 9

10            DEPOSITION of Defendant, RENSSELAER

11  POLYTECHNIC INSTITUTE, by its Agent, JACQUELYN TURNER,

12  held on the 19th day of November 2021, commencing at

13  11:12 a.m., at the Law Offices of E. Stewart Jones

14  Hacker Murphy, LLP, 28 Second Street, Troy, New York,

15  before Jeanne O'Connell, Registered Professional

16  Reporter and Notary Public in and for the State of New

17  York.

18

19

20

21

22

23
```

1  determine there was a violation of the student sexual
2  misconduct policy?
3      A.   I don't know.
4      Q.   Who would have that information?
5      A.   The case files.
6           MR. GINSBERG:  We also represent that
7      that information has been provided pursuant to
8      discovery.
9           THE WITNESS:  If I could clarify, the
10     case files that are outlined in this Exhibit 13.
11 BY MS. NOCIOLO:
12     Q.   What from the case files would you need that is
13 not presently included in the Excel file from Exhibit
14 13?
15     A.   Only if the determination column was blacked out
16 or blanked, but I'd have to go back to the files to see
17 what the determination was.
18     Q.   Has RPI ever received notice from United States
19 Department of Education Office of Civil Rights regarding
20 a complaint that RPI failed to respond appropriately to
21 a complaint of sexual harassment, assault or retaliation
22 by a student?
23     A.   I don't know.

```
 1      Q.   You are here as RPI's corporate representative;
 2   is that right?
 3              MR. GINSBERG:  Yeah.
 4              THE WITNESS:  Yes.
 5              (Plaintiff's Exhibit 14 marked for
 6        identification.
 7              (Recess taken.)
 8   BY MS. NOCIOLO:
 9      Q.   I'm just going to show you, and I'll show your
10   counsel first, what I have marked as Plaintiff's 14.
11           Have you seen this document before?
12      A.   I don't recognize it offhand.  I don't know if
13   I've seen it before.
14      Q.   But it's your understanding you're here as RPI's
15   corporate representative; is that right?
16      A.   Yes.
17              MS. NOCIOLO:  I'm just going to reserve
18        my right to re-depose the corporate
19        representative to the extent that I've outlined
20        matters that we're looking to have answers to our
21        questions in the deposition notice marked as
22        Plaintiff's Exhibit 14.
23              MR. GINSBERG:  So noted.
```

```
 1  BY MS. NOCIOLO:
 2     Q.   Previously, we were talking about complaints from
 3  the US Department of Education's Office of Civil Rights.
 4          Do you recall that?
 5     A.   Yes.
 6     Q.   What is your understanding about whether or not
 7  RPI has received complaints from the Office of Civil
 8  Rights regarding its failure to respond appropriately to
 9  complaints of sexual harassment, assault and/or
10  retaliation by a student?
11              MR. GINSBERG:  Object to the form.
12              THE WITNESS:  I just don't have knowledge
13       of it.
14  BY MS. NOCIOLO:
15     Q.   I'm going to show you what's been previously
16  marked as Plaintiff's 10 and 11.  If you want to just
17  take a look at those and let me know when you're done.
18     A.   Do you want me to read both documents in the
19  entirety?
20     Q.   I will say what I think is the relevant is the
21  fourth and fifth page of each of those letters.
22     A.   Data request, that page?
23     Q.   Yes.  I will stop you at 10 before you go on to
```

```
 1   11 if you don't mind.
 2       A.   Okay.
 3       Q.   Do you recognize Plaintiff's Exhibit 10?
 4       A.   I do not.
 5       Q.   Have you been involved with any Office of Civil
 6   Rights investigation regarding ███████████, case
 7   number 02172632?
 8       A.   I have not.
 9       Q.   With respect to Plaintiff's Exhibit 11, I'll
10   direct you to page 4.  I'm sorry.  Page 3.
11           Do you see the name indicated at the top of that
12   page?
13       A.   Yes.
14       Q.   Had you been involved or aware of the Office of
15   Civil Rights investigation notice regarding ████████,
16   OCR case number 02182295?
17       A.   No. I'm not.
18       Q.   Are you aware of any OCR, Office of Civil Rights
19   investigation matters pending at RPI?
20       A.   I'm not.
21       Q.   Has RPI ever received complaints from students
22   about its failure to respond appropriately to a
23   complaint of sexual harassment or assault?
```

1     A.   A complaint by a student?
2     Q.   Yes.
3     A.   Not that I'm aware of.
4     Q.   Has RPI ever received complaints from a parent of
5  a student at RPI about its failure to respond
6  appropriately to a complaint of sexual harassment or
7  assault?
8     A.   Not that I'm aware of.
9     Q.   I'm going to show you what's previously been
10 marked as Plaintiff's Exhibit 12.  Take an opportunity
11 to review that.
12    A.   Reviewed it.
13    Q.   Do you recognize that document?
14    A.   I think that's the first time I've ever seen that
15 document.  I don't remember seeing it before.
16    Q.   Are you familiar with RPI's student newspaper?
17    A.   I am.
18    Q.   It's the Polytechnic; is that right?
19    A.   I am.
20    Q.   Prior to today, though, you haven't seen
21 Plaintiff's Exhibit 12?
22    A.   I don't remember seeing that.  I could have.  I
23 just don't remember it.