

**Please send all mail to:**
**TROY OFFICE**

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820

200 HARBORSIDE DRIVE, SUITE 300
SCHENECTADY, NY 12305
PHONE: (518) 783-3843

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

1659 CENTRAL AVENUE, SUITE 103
ALBANY, NY 12205
PHONE: (518) 486-8800

FAX: (518) 274-5875

www.joneshacker.com

February 11, 2022

Honorable Daniel J. Stewart
United States District Court
Northern District of New York
100 S. Clinton Street
Syracuse, New York 13261

Re:   John Doe v. Rensselaer Polytechnic Institute
      1:20-cv-1185

Dear Judge Stewart,

This letter is submitted as a joint request for the above matter to be put back on for a conference as the parties have been unable to reach a settlement. For scheduling purposes, please be advised that Attorney Spencer will be out of the office on vacation from February 16, 2022 through February 22, 2022. Your courtesies are appreciated.

Sincerely,

E. STEWART JONES HACKER MURPHY LLP

By: /s/ Julie A. Nociolo_____
         Julie A. Nociolo

JAN/sk

cc: Rhiannon Spencer, Esq.