

**PATTISON, SAMPSON, GINSBERG & GRIFFIN, PLLC**

**22 First Street**
**P.O. Box 208**
**Troy, NY 12181-0208**

P 518 266 1000
F 518 274 6034
www.psgglaw.com

*Service by Fax Not Accepted*

---

F. Redmond Griffin
Michael E. Ginsberg*
Thomas E. Lavery

---

Rhiannon I. Gifford
Scott F. Owen

---

Edward H. (Ebbie) Pattison
(1896-1986)

Stephen H. Sampson
(1911-1982)

Edward (Ned) Pattison
(1932-1990)

William M. Connors
(1912-1998)

Lambert L. Ginsberg
(1928-2017)

*Admitted in New York and Vermont

May 4, 2023

Magistrate Daniel J. Stewart (*via ECF*)
US District Court
Northern District of New York
445 Broadway
Albany, New York 12207

**Re: Doe v. Rensselaer Polytechnic Institute**
        **Case No. 1:20-cv-01185**

Dear Judge Stewart:

  Our law firm represents the defendant in the above-referenced matter, and I write jointly with plaintiff's attorney to request a two-week extension for the filing of an opposition to both Parties' pending motions for summary judgment. The Parties have reached a settlement agreement in theory, however, we are in the process of finalizing the agreement for execution.

  Ms. Nociolo was on trial during the previous weeks and is set to start another trial on Monday however, the Parties anticipate that a resolution can be reached within the coming days and, as such, we respectfully request a brief two-week extension to facilitate the same.

  We thank the Court for its consideration on the matter.

Respectfully submitted,

*Rhiannon I. Gifford*

Rhiannon I. Gifford, Esq.
Direct Dial: (518) 266-1001
gifford@psgglaw.com

cc: Julia A. Nociolo, Esq. (*via ECF*)