IT IS SO ORDERED:

*David N. Hurd*
U.S. District Judge

Dated: __JUNE 9, 2023__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOHN DOE,

                         Plaintiff,

      -against-

RENSSELAER POLYTECHNIC INSTITUTE,

                         Defendant.
_____

**STIPULATION OF DISCONTINUANCE**
1:20-CV-1185
(DNH/DJS)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the parties in the above entitled action, that whereas no party to the Stipulation is an infant, incompetent person for whom a committee has been appointed or who is otherwise under a disability, and that no other person or party has an interest in the subject matter of this action, the above-entitled action be, and the same is hereby discontinued, with prejudice, without costs to either party as against the other, and any pending motions are hereby withdrawn. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: June __8__, 2023.

_____
Julie A. Nociolo, Esq.
**E. STEWART JONES HACKER MURPHY**
*Attorneys for Plaintiff*
28 Second Street
Troy, New York 12180
(518) 274-5820

_____
Rhiannon I. Gifford, Esq.
**PATTISON, SAMPSON, GINSBERG & GRIFFIN, PLLC**
*Attorneys for Defendant*
22 First Street - P. O. Box 208
Troy, New York 12181-0208
(518) 266-1001